**Marjorie Santayana FIGUEIRA,
Plaintiff–Appellant,**

v.

**MIAMI–DADE COUNTY PUBLIC
SCHOOL BOARD, Defendant–
Appellee.**

No. 07–15401
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 14, 2008.

Thomas K. Equels, Holtzman Equels &
Furia, Miami, FL, for Plaintiff–Appellant.

Before ANDERSON, HULL and
KRAVITCH, Circuit Judges.

PER CURIAM:

Appellant Marjorie Figueira appeals the
grant of summary judgment in favor of
Miami Dade County on her claims of age
and race discrimination. After reviewing
the briefs and the record, we **AFFIRM** the
judgment for the reasons stated in the
district court's thorough and well-reasoned

order dated October 11, 2007, 2007 WL
3286758.[1]

---

1. In particular, we are unpersuaded that appellant was constructively discharged because she was told "horrible things" would happen to her if she did not retire. This isolated remark, even if believed by a factfinder, does not rise to the level of severe or pervasive conduct that would support a hostile work environment claim, much less create such intolerable conditions that a reasonable person would be compelled to resign, as required for constructive discharge. *See, e.g., Hipp v. Liberty Nat. Life Ins. Co.*, 252 F.3d 1208, 1231 (11th Cir.2001) (citations omitted) (constructive discharge requires a showing of greater severity or pervasiveness than hostile work environment).